

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

July 22, 1966

Honorable Robert S. Calvert          Opinion No. C-730
Comptroller of Public Accounts
Capitol Station                      Re:  Whether gross receipts
Austin, Texas                             of Electronic Enterprises,
                                          Inc. are subject to the
                                          Gross Receipts Tax pro-
                                          vided by Article 11.06,
                                          Title 122A, Taxation-
                                          General, Vernon's Civil
Dear Mr. Calvert:                         Statutes.

        In connection with your request for an opinion of this
Office on the above captioned matter, we have checked the
charter of Electronic Enterprises, Inc. and find that it was
incorporated for the following purposes:

> ". . . to purchase and sell goods, wares
> and merchandise; to transact any manufactur-
> ing business; to service and repair goods,
> wares and merchandise, to hold, use and
> acquire licenses, patents or processes and
> sell or otherwise dispose of the same; and
> to render common carrier mobile radio com-
> munications to the general public."

        In your letter requesting this opinion, you have given
us the following information with regard to Electronic's
operations.

> "Electronic Enterprises, Inc. is licensed
> as a common carrier by the Federal Communi-
> cations Commission and the company operates
> as a central dispatch station with a hook
> up with Southwestern Bell Telephone Company.
>
> "If an individual desires to have a tele-
> phone in his car, he applies to Electronic
> Enterprises, Inc. for this service.  The
> company installs a telephone and he receives
> the services of a dispatcher.  If a subscriber

-3508-

wants to make a telephone call, he calls
the dispatcher and the number is dialed by
the dispatcher, regardless of the location."

You have furnished us with a copy of a letter from your
Regional Manager in San Antonio, Texas, as well as a pamphlet
which describes a similar service provided by another company.
This letter states that Electronic rents car radios and collects
Federal Excise Tax as a telephone service. The following are
excerpts from the pamphlet.

"TWO-WAY MOBILE RADIOTELEPHONE

"Make telephone calls from your car . . . .
In addition to our telephone answering
service, we are able to equip your car
with a two-way mobile radiotelephone.
Through our switchboard you can talk
direct to any telephone anywhere. Our
mobile radiotelephone operators act as
secretaries too. They take messages,
give information and, if you desire,
keep track of your whereabouts. If you
are on the move, stay in touch with a
mobile radiotelephone.

". . . .

"NO MILEAGE CHARGES!

"Only $3.00 per month telephone company
charges when using our special equip-
ment which serves most exchanges."

Section (1) of Article 11.06 reads, in part, as follows:

"(1)  Each individual, company, corpora-
tion, or association owning, operating,
managing, or controlling any telephone line
or lines, or any telephones within this State
and charging for the use of same, shall make
quarterly, on the first days of January, April,
July, and October of each year, a report to
the Comptroller, under oath of the individual,
or of the president, treasurer, or superin-
tendent of such company, corporation, or

association, showing the gross amount received from all business within this State during the preceding quarter in the payment of charges for the use of its line or lines, telephone and telephones, and from the lease or use of any wires or equipment within this State during said quarter. Said individuals, companies, corporations, and associations, at the time of making said report, shall pay to the State Treasurer, and there is hereby levied upon said individuals, companies, corporations, and associations, an occupation tax for the quarter beginning on said date, . . ." (Emphasis supplied throughout)

We think that Electronic is within the plain language of the statute. It controls some telephones within this state in that it directs telephone calls through the dispatcher and charges for same. It therefore should make the required reports to the Comptroller showing the gross amount received from all business within this state during the preceding quarter in the payment of charges for the use of telephone and telephones, and from the lease or use of any wires or equipment within this state during said quarter.

Even if there be deemed to be some doubt as to whether Electronic's operations fall within the provisions of the statute, we think that proper construction thereof leads to the conclusion that they do. San Antonio & A. P. Ry. Co. v. Southwestern Telegraph and Telephone Company, 93 Tex. 313, 55 S.W. 117 (1900).

### S U M M A R Y

Corporations created for the purpose of providing radiotelephone service are subject to the Gross Receipts Tax provided by Article 11.06, Title 122A, V.C.S.

Yours very truly,

WAGGONER CARR
Attorney General

By /Marietta McGregor Payne/
Marietta McGregor/Payne
Assistant

MMP/fb

APPROVED:
OPINION COMMITTEE

W. O. Shultz, Chairman
W. E. Allen
Harry Gee
John Reeves

APPROVED FOR THE ATTORNEY GENERAL
BY:   T. B. Wright